```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 00892
   TADEUSZ BUGAJSKI
   JADWIGA T BUGAJSKI                        CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-8328     SSN XXX-XX-8722

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/12/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.90% from remaining funds.

     The case was paid in full 03/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED       12088.86         .00        2164.15
LITTON LOAN SERVICING     CURRENT MORTG      .00           .00           .00
HARRIS BANK               SECURED         13037.58       848.63      13037.58
AMERICAN EXPRESS TRAVEL   UNSECURED       21963.38         .00        3931.88
RESURGENT ACQUISITION LL  UNSECURED        2719.28         .00         486.81
RESURGENT ACQUISITION LL  UNSECURED       12759.37         .00        2284.18
LVNV FUNDING LLC          UNSECURED        3097.06         .00         554.44
ECAST SETTLEMENT CORP     UNSECURED        1913.40         .00         342.54
CAPITAL ONE BANK          UNSECURED       NOT FILED        .00            .00
ECAST SETTLEMENT CORP     UNSECURED OTH    324.77          .00         324.77
RESURGENT ACQUISITION LL  UNSECURED       13070.10         .00        2339.81
RESURGENT ACQUISITION LL  UNSECURED       14637.54         .00        2620.41
DISCOVER FINANCIAL SERVI  UNSECURED        6528.98         .00        1168.82
ECAST SETTLEMENT CORP     UNSECURED        3396.78         .00         608.09
HOME DEPOT                UNSECURED       NOT FILED        .00            .00
MBNA AMERICA              UNSECURED       NOT FILED        .00            .00
MBNA AMERICA              UNSECURED       NOT FILED        .00            .00
RESURGENT ACQUISITION LL  UNSECURED        5748.99         .00        1029.18
ROUNDUP FUNDING LLC       UNSECURED OTH   2622.95          .00         469.61
ECAST SETTLEMENT CORP     UNSECURED        2823.56         .00         505.47
JOSEPH WROBEL             DEBTOR ATTY     1,794.00                   1,794.00
TOM VAUGHN                TRUSTEE                                    2,029.63
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 36,540.00

PRIORITY                                         .00
SECURED                                    13,037.58

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 00892 TADEUSZ BUGAJSKI & JADWIGA T BUGAJSKI
```

```
     INTEREST                                            848.63
UNSECURED                                             18,830.16
ADMINISTRATIVE                                         1,794.00
TRUSTEE COMPENSATION                                   2,029.63
DEBTOR REFUND                                               .00
                                     ----------------  ----------------
TOTALS                                      36,540.00         36,540.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 06/26/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE